
FILED
2008 Sep-10 PM 02:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### EASTERN   DIVISION

| | | |
|---|---|---|
| **MARCELLA SPARKS** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | CV 08-PT-1010-E |
| | ) | |
| **TOTAL BODY ESSENTIAL NUTRITION, INC.; TEXAMERICAN FOOD BLENDING, INC.; ST. JOHN'S NUTRITION and WRIGHT ENRICHMENT, INC.** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **CINDI HOWARD; MARION HOWARD and JOSHUA TAYLOR** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| vs. | ) | CV 08-PT-1012-E |
| | ) | |
| **TOTAL BODY ESSENTIAL NUTRITION, INC.; TEX AMERICAN FOOD BLENDING, INC.; ST. JOHN'S NUTRITION and WRIGHT ENRICHMENT, INC.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## MEMORANDUM

With regard to the amounts in controversy, the court calls attention to *Legg v Wyeth*, 428 F. 3d 1317  (11th Cir. 2005), particularly  footnote 5.

This the 10th day of September. 2008.

*Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**